CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 30 2007

JOHN F. CORCORAN, CLERK
BY: /s/ J. Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH BOWLER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:07CV00565 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN TRACY S. RAY, et al., | ) | By: Hon. James C. Turk |
|     Defendant(s). | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

## ORDERED

that this civil action is hereby **DISMISSED** without prejudice for failure to comply with 42 U.S.C. §1997e(a) regarding exhaustion of administrative remedies.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 30th day of November, 2007.

/s/ James C. Turk
Senior United States District Judge